Robert Yaquinto, Jr.
Chapter 7 Trustee
509 N. Montclair Avenue
Dallas, TX  75208
(214) 942-5502

**UNITED STATES BANKRUPTCY COURT**
NORTHERN  **DISTRICT OF**  TEXAS
DALLAS  **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SOS EQUIPMENT LEASING COMPANY, | § | Case No. 15-32012 BJH |
| LLC | § | |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ROBERT YAQUINTO, JR.,  TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 5,000,560.18 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  93,171.40 | Claims Discharged Without Payment:  7,593,061.00 |
| Total Expenses of Administration:  35,383.57 | |

3) Total gross receipts of $ 128,554.97  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 128,554.97  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 5,093,712.91 | $ 42,842.95 | $ 42,842.95 | $ 42,842.95 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 30,340.24 | 30,340.24 | 30,340.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 5,043.33 | 5,043.33 | 5,043.33 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 68,769.66 | 68,769.66 | 50,328.45 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 14,240.69 | 7,686,356.47 | 7,366,028.80 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 5,107,953.60 | $ 7,833,352.65 | $ 7,513,024.98 | $ 128,554.97 |

4) This case was originally filed under chapter 11 on  05/05/2015 , and it was converted to chapter 7 on  11/02/2015 .  The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/05/2017                              By:/s/ROBERT YAQUINTO, JR.,  TRUSTEE
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wells Fargo Bank Checking Account No. | 1129-000 | 1,304.97 |
| EXCESS FUNDS FROM SECURED CREDITOR AUCTION | 1229-000 | 127,250.00 |
| TOTAL GROSS RECEIPTS | | $ 128,554.97 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAT Financial 2120 West End Ave. Nashville, TN 37203 | | 88,797.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAT Financial 2120 West End Ave. Nashville, TN 37203 | | 33,467.53 | NA | NA | 0.00 |
| | CAT Financial 2120 West End Ave. Nashville, TN 37203 | | 87,519.27 | NA | NA | 0.00 |
| | CAT Financial 2120 West End Ave. Nashville, TN 37203 | | 104,829.84 | NA | NA | 0.00 |
| | CAT Financial 2120 West End Ave. Nashville, TN 37203 | | 139,391.27 | NA | NA | 0.00 |
| | CAT Financial 2120 West End Ave. Nashville, TN 37203 | | 14,069.17 | NA | NA | 0.00 |
| | CAT Financial Services PO Box 340001 Nashville, TN 37203 | | 64,602.99 | NA | NA | 0.00 |
| | Kubota Credit Corporation PO Box 0559 Carol Stream, IL 60132 | | 35,163.83 | NA | NA | 0.00 |
| | Kubota Credit Corporation PO Box 0559 Carol Stream, IL 60132 | | 34,280.63 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: CAT Financial Services | | 0.00 | NA | NA | 0.00 |
| | Vintage Bank P.O. Box 557 Waxahachie, TX 75168 | | 250,028.91 | NA | NA | 0.00 |
| | Vintage Bank P.O. Box 557 Waxahachie, TX 75168 | | 4,119,026.14 | NA | NA | 0.00 |
| | Wells Fargo 733 Marquett Ave., Suite 700 Minneapolis, MN 55402 | | 39,485.56 | NA | NA | 0.00 |
| | Wells Fargo 733 Marquett Ave., Suite 700 Minneapolis, MN 55402 | | 28,003.96 | NA | NA | 0.00 |
| | Wells Fargo 733 Marquett Ave., Suite 700 Minneapolis, MN 55402 | | 26,882.46 | NA | NA | 0.00 |
| | Wells Fargo 733 Marquett Ave., Suite 700 Minneapolis, MN 55402 | | 28,164.35 | NA | NA | 0.00 |
| 000001 | DALLAS COUNTY | 4800-000 | NA | 42,842.95 | 42,842.95 | 42,842.95 |
| TOTAL SECURED CLAIMS | | | $ 5,093,712.91 | $ 42,842.95 | $ 42,842.95 | $ 42,842.95 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT YAQUINTO, JR., TRUSTEE | 2100-000 | NA | 9,677.75 | 9,677.75 | 9,677.75 |
| ROBERT YAQUINTO, JR., TRUSTEE | 2200-000 | NA | 707.24 | 707.24 | 707.24 |
| UNION BANK | 2600-000 | NA | 1,457.55 | 1,457.55 | 1,457.55 |
| LBJ TITLE SERVICE | 2690-000 | NA | 40.00 | 40.00 | 40.00 |
| TEXAS DEPARTMENT OF MOTOR VEHICLES | 2690-000 | NA | 38.15 | 38.15 | 38.15 |
| U.S. BANKRUPTCY COURT | 2700-000 | NA | 87.50 | 87.50 | 87.50 |
| OFFICE OF THE UNITED STATES TRUSTEE | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| SHERMAN & YAQUINTO | 3110-000 | NA | 14,920.00 | 14,920.00 | 14,920.00 |
| SHERMAN & YAQUINTO | 3120-000 | NA | 661.70 | 661.70 | 661.70 |
| SHELDON E. LEVY, CPA | 3410-000 | NA | 2,360.00 | 2,360.00 | 2,360.00 |
| SHELDON E. LEVY, CPA | 3420-000 | NA | 65.35 | 65.35 | 65.35 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 30,340.24 | $ 30,340.24 | $ 30,340.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COMPTROLLER OF PUBLIC ACCOUNTS | 6990-000 | NA | 5,043.33 | 5,043.33 | 5,043.33 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 5,043.33 | $ 5,043.33 | $ 5,043.33 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dallas County Tax Assessor John R. Ames, CTA 500 Elm Street Dallas, TX 75202-3304 | | 0.00 | NA | NA | 0.00 |
| 000010 | COMPTROLLER OF PUBLIC ACCOUNTS | 5800-000 | 0.00 | 3,000.00 | 3,000.00 | 2,195.52 |
| 000011A | COMPTROLLER OF PUBLIC ACCOUNTS | 5800-000 | 0.00 | 65,769.66 | 65,769.66 | 48,132.93 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 68,769.66 | $ 68,769.66 | $ 50,328.45 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Mustang Rental Services P.O. Box 4346 Dept 188 Houston, TX 77210 |  | 5,615.69 | NA | NA | 0.00 |
| 000003 | AULDRIDGE GRIFFIN PC | 7100-000 | 8,625.00 | 8,625.00 | 8,625.00 | 0.00 |
| 000004 | CAT FIN COMMERCIAL ACCT CORP | 7100-000 | NA | 51,682.39 | 51,682.39 | 0.00 |
| 000006 | CATERPILLAR FINANCIAL SERVICES CORP | 7100-000 | NA | 452,759.87 | 132,432.20 | 0.00 |
| 000011B | COMPTROLLER OF PUBLIC ACCOUNTS | 7100-000 | NA | 5,691.46 | 5,691.46 | 0.00 |
| 000007 | INTERBANK | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000008A | INTERBANK | 7100-000 | NA | 2,490,926.51 | 2,490,926.51 | 0.00 |
| 000008B | INTERBANK | 7100-000 | NA | 141,362.60 | 141,362.60 | 0.00 |
| 000009 | INTERBANK | 7100-000 | NA | 162,418.20 | 162,418.20 | 0.00 |
| 000002 | KUBOTA CREDIT CORPORATION | 7100-000 | NA | 34,564.08 | 34,564.08 | 0.00 |
| 000005 | KUBOTA CREDIT CORPORATION | 7100-000 | NA | 32,917.45 | 32,917.45 | 0.00 |
| 000013 | TWV CAPITAL MANAGEMENT, L.L.C. | 7100-000 | NA | 4,305,408.91 | 4,305,408.91 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 14,240.69 | $ 7,686,356.47 | $ 7,366,028.80 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-32012   BJH   Judge: BARBARA J. HOUSER - DALLAS | Trustee Name: | ROBERT YAQUINTO, JR.,  TRUSTEE |
|---|---|---|---|
| Case Name: | SOS EQUIPMENT LEASING COMPANY, LLC | Date Filed (f) or Converted (c): | 11/02/15 (c) |
| | | 341(a) Meeting Date: | 12/01/15 |
| For Period Ending: | 10/05/17 | Claims Bar Date: | 03/01/16 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Woodhaven Bank Checking Account No. xxxxx7623 (Clo | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Vintage Bank Checking Account | 119.11 | 119.11 | | 0.00 | FA | 0.00 | 0.00 |
| 3. Wells Fargo Bank Checking Account No.    TO BE ABANDONED AND RETURNED TO DEBTOR. | 1,304.97 | 1,304.97 | | 1,304.97 | FA | 0.00 | 0.00 |
| 4. Debes Enterprises | 1,623.75 | 1,623.75 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Pavecon Ltd. | 13,899.30 | 13,899.30 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Automobiles See attached Exhibit B (This is the De | 870,820.95 | 870,820.95 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Machinery and Equipment See attached Exhibit B (Th | 3,768,074.44 | 3,768,074.44 | | 0.00 | FA | 0.00 | 0.00 |
| 8. Trailers See attached Exhibit B (This is the Debto | 246,022.63 | 246,022.63 | | 0.00 | FA | 0.00 | 0.00 |
| 9. Prepaid Rent for premises located at 1301 Parker R | 100,000.00 | 100,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. EXCESS FUNDS FROM SECURED CREDITOR AUCTION (u) | 0.00 | 50.00 | | 127,250.00 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $5,001,865.15 | $5,001,915.15 | | $128,554.97 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 15-32012   BJH   Judge: BARBARA J. HOUSER - DALLAS | | Trustee Name: | ROBERT YAQUINTO, JR.,  TRUSTEE |
| Case Name: | SOS EQUIPMENT LEASING COMPANY, LLC | | Date Filed (f) or Converted (c): | 11/02/15 (c) |
| | | | 341(a) Meeting Date: | 12/01/15 |
| | | | Claims Bar Date: | 03/01/16 |

VEHICLE TITLE WORK SENT TO VEHICLE BUYERS AT AUCTION.  CLAIMS TO BE REVIEWED AND ACCOUNTANT EMPLOYED.  ESTIMATED DATE OF
CLOSING IS 03/31/2017.

Initial Projected Date of Final Report (TFR): 03/01/16          Current Projected Date of Final Report (TFR): 03/31/17

/s/      ROBERT YAQUINTO, JR.,  TRUSTEE
_____  Date: 10/05/17
     ROBERT YAQUINTO, JR.,  TRUSTEE

LFORM1EX

Ver: 20.00d

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 15-32012 -BJH | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
| Case Name: | SOS EQUIPMENT LEASING COMPANY, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******8966  Checking - Non Interest |
| Taxpayer ID No: | *******0482 | | |
| For Period Ending: | 10/05/17 | Blanket Bond (per case limit): | $   300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/16/15 | 3 | Wells Fargo Bank | funds in bank account | 1129-000 | 1,304.97 | | 1,304.97 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,289.97 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,274.97 |
| 03/10/16 | 005001 | LBJ TITLE SERVICE 617 W. KEARNEY, #100 MESQUITE, TX  75149 | VEHICLE TITLE SEARCH | 2690-000 | | 40.00 | 1,234.97 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,219.97 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,204.97 |
| 05/17/16 | 005002 | TEXAS DEPARTMENT OF MOTOR VEHICLES 1925 E. BELTLINE ROAD., SUITE 100 CARROLLTON, TX  75006 | COPIES OF 7 TITLES | 2690-000 | | 38.15 | 1,166.82 |
| 05/17/16 | 005003 | U.S. BANKRUPTCY COURT 1100 COMMERCE ST., 1254 DALLAS, TX 75242 | SEVEN (7) CERTIFIED COPIES ORDER ON MOTION TO SELL DOCKET NO. 83 | 2700-000 | | 87.50 | 1,079.32 |
| 05/20/16 | 10 | New Mill Capital | auction proceeds Bank Serial #: 0 | 1229-000 | 127,250.00 | | 128,329.32 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 128,314.32 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 74.73 | 128,239.59 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 184.04 | 128,055.55 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 190.02 | 127,865.53 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 189.74 | 127,675.79 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 183.37 | 127,492.42 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 189.18 | 127,303.24 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 182.82 | 127,120.42 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 188.65 | 126,931.77 |
| 08/28/17 | 005004 | ROBERT YAQUINTO, JR., TRUSTEE 509 NORTH MONTCLAIR AVENUE DALLAS, TX  75208 | Chapter 7 Compensation/Fees | 2100-000 | | 9,677.75 | 117,254.02 |

Page Subtotals      128,554.97      11,300.95

Ver: 20.00d

FORM 2                                                                                          Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

| | |
|---|---|
| Case No: 15-32012  -BJH | Trustee Name:  ROBERT YAQUINTO, JR.,  TRUSTEE |
| Case Name: SOS EQUIPMENT LEASING COMPANY, LLC | Bank Name:  UNION BANK |
| | Account Number / CD #:  *******8966  Checking - Non Interest |
| Taxpayer ID No:  *******0482 | |
| For Period Ending:  10/05/17 | Blanket Bond (per case limit):  $   300,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/28/17 | 005005 | ROBERT YAQUINTO, JR., TRUSTEE 509 NORTH MONTCLAIR AVENUE DALLAS, TX  75208 | Chapter 7 Expenses | 2200-000 | | 707.24 | 116,546.78 |
| 08/28/17 | 005006 | Office of the United States Trustee 1100 Commerce Street Room 976 Dallas, TX 75242 | Claim 000014A, Payment 100.00000% | 2950-000 | | 325.00 | 116,221.78 |
| 08/28/17 | 005007 | SHELDON E. LEVY, CPA 6320 SOUTHWEST BLVD., SUITE 204 FORT WORTH, TX  76109 | Claim ACCT EXPS, Payment 100.00000% ACCOUNTANT FOR TRUSTEE EXPENSES | 3420-000 | | 65.35 | 116,156.43 |
| 08/28/17 | 005008 | SHELDON E. LEVY, CPA 6320 SOUTHWEST BLVD., SUITE 204 FORT WORTH, TX  76109 | Claim ACCT FEES, Payment 100.00000% ACCOUNTANT FOR TRUSTEE FEES | 3410-000 | | 2,360.00 | 113,796.43 |
| 08/28/17 | 005009 | SHERMAN & YAQUINTO 509 N. MONTCLAIR DALLAS, TX 75208 | Claim ATTNY EXPS, Payment 100.00000% ATTORNEY FOR TRUSTEE EXPENSES | 3120-000 | | 661.70 | 113,134.73 |
| 08/28/17 | 005010 | SHERMAN & YAQUINTO 509 N. MONTCLAIR DALLAS, TX 75208 | Claim ATTNY FEES, Payment 100.00000% ATTORNEY FOR TRUSTEE FEES | 3110-000 | | 14,920.00 | 98,214.73 |
| 08/28/17 | 005011 | Comptroller of Public Accounts c/o Office of the Attorney General Bankruptcy - Collections Division MC-008 PO Box 12548 Austin TX 78711-2548 | Claim 000012, Payment 100.00000% | 6990-000 | | 5,043.33 | 93,171.40 |
| 08/28/17 | 005012 | Dallas County Linebarger Goggan Blair & Sampson, LLP c/o Elizabeth Weller 2777 N Stemmons Frwy Ste 1000 Dallas, Texas 75207 | Claim 000001, Payment 100.00000% | 4800-000 | | 42,842.95 | 50,328.45 |
| 08/28/17 | 005013 | Comptroller of Public Accounts | Claim 000010, Payment 73.18400% | 5800-000 | | 2,195.52 | 48,132.93 |

Page Subtotals                                    0.00           69,121.09

Ver: 20.00d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

Case No: 15-32012 -BJH
Case Name: SOS EQUIPMENT LEASING COMPANY, LLC

Taxpayer ID No: *******0482
For Period Ending: 10/05/17

Trustee Name: ROBERT YAQUINTO, JR., TRUSTEE
Bank Name: UNION BANK
Account Number / CD #: *******8966  Checking - Non Interest

Blanket Bond (per case limit): $  300,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/28/17 | 005014 | c/o Office of the Attorney General Bankruptcy - Collections Division MC-008 PO Box 12548 Austin TX 78711-2548 Comptroller of Public Accounts c/o Office of the Attorney General Bankruptcy - Collections Division MC-008 PO Box 12548 Austin TX 78711-2548 | Claim 000011A, Payment 73.18409% | 5800-000 | | 48,132.93 | 0.00 |

|  | | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 128,554.97 | 128,554.97 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 128,554.97 | 128,554.97 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 128,554.97 | 128,554.97 | |

TOTAL - ALL ACCOUNTS   NET DEPOSITS   NET DISBURSEMENTS   ACCOUNT BALANCE

Checking - Non Interest - *******8966   128,554.97   128,554.97   0.00

128,554.97   128,554.97   0.00

(Excludes Account Transfers)   (Excludes Payments To Debtors)   Total Funds On Hand

Page Subtotals   0.00   48,132.93

Ver: 20.00d

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*